United States Court of Appeals
Fifth Circuit

# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

**FILED**
December 27, 2006

Charles R. Fulbruge III
Clerk

---

No. 04-41362

---

D.C. Docket No. 2:03-CV-183

JAMES EDWIN HODGES; BEVERLY HODGES

    Plaintiffs - Appellees-Cross-Appellants

  v.

MACK TRUCKS INC

    Defendant - Appellant-Cross-Appellee

---

No. 04-41764

JAMES EDWIN HODGES; BEVERLY HODGES

    Plaintiffs - Appellants

  v.

INDIANA MILLS & MANUFACTURING INC; ET AL

    Defendants

MACK TRUCKS INC

    Defendant - Appellee

---

No. 05-40686

JAMES EDWIN HODGES; BEVERLY HODGES

    Plaintiffs - Appellees

  v.

INDIANA MILLS & MANUFACTURING; ET AL

    Defendants

ABF FREIGHT SYSTEM INC

    Intervenor - Appellant

Appeals from the United States District Court for the
Eastern District of Texas, Marshall

Before DAVIS, BARKSDALE, and DeMOSS, Circuit Judges.

JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is vacated, and the cause is remanded to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

DAVIS, Circuit Judge, dissenting:

ISSUED AS MANDATE:

A True Copy
Attest
Clerk, U.S. Court of Appeals, Fifth Circuit
By_____
Deputy

New Orleans, Louisiana