# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| JAMES EDWIN HODGES and BEVERLY HODGES, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | |
| MACK TRUCKS, INC., | § § | CIVIL ACTION NO. 2:03-CV-183-TJW-CE |
| Defendant, | § § | |
| and | § § | |
| ABF FREIGHT SYSTEM INC., | § § | |
| Intervenor. | § § | |

## FINAL JUDGMENT

The court's order adopting United States Magistrate Judge Chad Everingham's report and recommendation resolved all of the remaining issues in this case. As such the court adopts the order as the final judgment of the court. All other claims are dismissed with prejudice by reason of the parties' settlement, and all other motions are denied as moot. The clerk's office is instructed to close this case.

SIGNED this 30th day of September, 2010.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE