IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JAMES EDWIN HODGES AND BEVERLY HODGES | §<br>§<br>§ | |
| V. | §<br>§ | CIVIL ACTION NO. 2:03CV183 |
| INDIANA MILLS & MANUFACTURING AND MACK TRUCKS, INC. | §<br>§<br>§ | |

**ORDER GRANTING INTERVENOR'S MOTION TO WITHDRAW
RESPONSE TO APPLICATION FOR MODIFICATION OF
JAMES EDWIN HODGES TRUST**

ON THIS DATE came on to be considered Intervenor's Motion to Withdraw Response to

Application for Modification of James Edwin Hodges Trust.  The Court, having considered said

Motion, and noting the parties are in agreement, is of the opinion the Motion should be in all things

granted.

It is therefore **ORDERED, ADJUDGED and DECREED** that Intervenor's Motion to

Withdraw Response to Application for Modification of James Edwin Hodges Trust is hereby

**GRANTED,** and Intervenor's Response is hereby **WITHDRAWN.**

**So ORDERED and SIGNED this 16th day of July, 2012.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE